# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHA CHA REAL ESTATE HOLDINGS, LLC,<br><br>　　　　Defendant. | Case No. 21-cv-02621-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Nothing has been filed in this case since Defendant answered on May 10, 2021. Pursuant to General Order 56, the parties were required to file either a Notice of Settlement of ADA Access Case or a Notice of Need for Mediation and Certification of Counsel by July 30, 2021. *See* General Order 56 ¶ 9.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before November 15, 2021, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 1, 2021

_____
BETH LABSON FREEMAN
United States District Judge