United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CHA CHA REAL ESTATE HOLDINGS, LLC,<br><br>        Defendant. | Case No. 21-cv-02621-BLF  (SK)<br><br>**ORDER TO SHOW CAUSE** |

On May 25, 2022, the presiding judge referred this mater to mediation. (Dkt. No. 22.) A phone conference to discuss the mediation was scheduled for June 27, 2022 at 10:00 a.m. (Dkt. No. 24.) Defense counsel failed to appear. (Dkt. No. 25.) Therefore, the Court HEREBY ORDERS defense counsel to Show Cause in writing by no later than July 18, 2022 why counsel should not be personally sanctioned in the amount of $100 for failing to appear.

**IT IS SO ORDERED**.

Dated: July 11, 2022

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge