UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>              Plaintiff,<br><br>     v.<br><br>CHA CHA REAL ESTATE HOLDINGS, LLC,<br><br>              Defendant. | Case No. 21-cv-02621-BLF  (SK)<br><br>**AMENDED ORDER TO SHOW CAUSE** |

On May 25, 2022, the presiding judge referred this mater to mediation.  (Dkt. No. 22.)  A phone conference to discuss the mediation was scheduled for June 27, 2022 at 10:00 a.m.  (Dkt. No. 24.)  Defense counsel failed to appear.  (Dkt. No. 25.)

By no later than ten (10) calendar days of issuance of this Order, Defendant shall show cause in writing, why sanctions should not be imposed for violation of ADR L.R. 6-4.

The response to this Order to Show Cause shall be marked "Confidential-Not to be Filed" and shall be delivered to the undersigned Judge in care of the ADR Unit at the address listed in the ADR L.R. 2-1(c), *or* email to ADR_RulesViolations@cand.uscourts.gov.  The response shall be served on opposing counsel, the neutral, and the ADR Unit, and it shall ***not*** be filed with or disclosed to the assigned Judge.

**IT IS SO ORDERED**.

Dated: July 11, 2022

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge